ZVI ENGLANDER AND COMPANY LTD., Appellant, v. LESLIE KLEYMAN
CORPORATION, Respondent.—

530

Concur — Markewich, J. P., Kupferman, McNally, Steuer and Macken, JJ.